**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296
Phone (907) 271–2655

In Re: Debtor: ATR Inc.

Debtor's Taxid 80–0786059
Debtor's Alias
dba Chena Veterinary Clinic

Case No. F 24–00058 – GS

## NOTICE OF NEED TO FILE
## PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:** The initial notice in this case instructed creditors that it was not necessary to file a proof of claim.  Since that notice was sent, assets have been recovered by the trustee.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Creditors who wish to share in any distribution of funds must file an original proof of claim with all supporting documentation and send or deliver it to the Bankruptcy Court, 605 W. 4th Ave., Suite 138, Anchorage, AK 99501–2296. It may be filed by regular mail, but must be received by the Bankruptcy Court on or before **September 23, 2024** [1] If you wish to receive proof of its receipt by the bankruptcy court, enclose a copy of the proof of claim together with a stamped, self addressed envelope.

A Proof of Claim Form may be obtained from the Bankruptcy Court's web site at **www.akb.uscourts.gov** or at any bankruptcy clerk's office. If you need a Proof of Claim Form mailed to you please contact the Clerks's Office at (907)271–2655. There is no fee for filing the proof of claim.

Dated: June 25, 2024

Janet Stafford
Clerk of Court

By: Lori DesJarlais
Deputy Clerk

---

[1] Governmental agencies must file a proof of claim, other than a claim resulting from a tax return under 11 U.S.C. § 1308, within 180 days of filing of the bankruptcy petition or the above date, whichever is later. A governmental agency with a claim resulting from a tax return under § 1308 must file its claim no later than 180 days after the filing of the petition or 60 days after the date of the filing of the tax return, whichever is later.