# Notice Recipients

District/Off: 097––4  User: admin  Date Created: 6/25/2024

Case: 24–00058  Form ID: 170  Total: 61

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee | USTPRegion18.ak.ecf@usdoj.gov |
| tr | Nacole M. Jipping_7 | JippingECF@gmail.com |
| aty | Vincent Roldan | vroldan@mblawfirm.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ATR Inc. | 1830 2nd Avenue   Fairbanks, AK 99701 |
| smg | Municipality of Anchorage | Department of Law   P O Box 196650   Anchorage, AK 99519–6650 |
| 879503 | Airgas USA LLC | PO Box 102289   Pasadena, CA 91189 |
| 879504 | Alaska Department of Revenue | PO Box 100400   Juneau, AK 99811–0400 |
| 879505 | Alaska Petroleum Distributing LLC | 1733 Well St.   Fairbanks, AK |
| 879506 | Alaska Waste | 3941 Easy Street   Fairbanks, AK 99701 |
| 879507 | Antech Diagnostics | 17620 Mt. Hermann Street   Fountain Valley, CA 92708 |
| 879508 | Antech Imaging | 17620 Mr. Hermann Street   Fountain Valley, CA 92708 |
| 879509 | Arctic Office Products | 1611 University Ave.   Fairbanks, AK 99709 |
| 879510 | Associated Industries Management Services | 1206 N. Lincoln Street   Suite 200   Spokane, WA 99201 |
| 879511 | Avian & Exotic Animal Clin Path Labs | 2712 N. US HWY 68   Wilmington, OH 45177 |
| 879512 | Bank Midwest | 505 Market St. Suite 110   West Des Moines, IA 50266 |
| 879513 | Bank of America Business Card | PO Box 660441   Dallas, TX 75266–0441 |
| 879514 | Bank of America Practice Solutions | 600 North Cleveland Suite 300   Westerville, OH 43082 |
| 880528 | Bank of America, NA | Miller Nash LLP   1140 SW Washington St.   Portland, OR 97205 |
| 879515 | Bell Development Inc. | PO Box 70507   Fairbanks, AK 99707 |
| 879516 | Bell Development Inc. | PO Box 73637   Fairbanks, AK 99707 |
| 879517 | Boehringer Ingelheim Animal Health USA Inc. | PO Box 22748   New York, NY 10087 |
| 879519 | CHTD Company | PO Box 2576   Springfield, IL 62708 |
| 879518 | Capital One | PO Box 60519   City Of Industry, CA 91716 |
| 879520 | City of Fairbanks | 800 Cushman Street   Fairbanks, AK 99701 |
| 879521 | Country Financial | 751 7th Avenue Suite A   Fairbanks, AK 99701 |
| 879522 | Covetrus | 400 Metro Place   Dublin, OH 43017 |
| 879523 | DVM Stat Consulting | 20 Towne Drive Suite 170   Bluffton, SC 29910 |
| 879524 | Elanco | PO Box 735197   Dallas, TX 75373–5197 |
| 879525 | Entech | 420 E 100th Ave   Anchorage, AK 99515 |
| 879526 | Fairbanks Memorial Hospital | 1650 Cowles St.   Fairbanks, AK 99701 |
| 879527 | Fairbanks Pet Memorial Services | 3532 Industrial Avenue   Fairbanks, AK 99701 |
| 879528 | GCI | 2550 Denali Street   Suite 1000   Anchorage, AK 99503 |
| 879529 | Genius Vets | 3830 Valley Centre   San Diego, CA 92130 |
| 879530 | Golden Heart Utilities | PO Box 80370   Fairbanks, AK 99708 |
| 879531 | Golden Valley Electric Association Inc. | PO Box 71249   Fairbanks, AK 99707 |
| 879532 | Great American Financial Services | PO Box 660831   Dallas, TX 75266 |
| 879533 | Heska Corporation | 3760 Rocky Mountain Ave   Frederick, CO 80530 |
| 879534 | Highland Capital | 370 Pascack Road   Ho–Ho–Kus, NJ 07676 |
| 879837 | Highland Capital Corporation | 370 Pascack Road   Twp. of Washington, NJ 07676 |
| 879535 | IGU | 2525 Phillips Field Road   Fairbanks, AK 99709 |
| 879536 | Imprimed | 1130 Independence Ave   Mountain View, CA 94043 |
| 879537 | Internel Revenue Service | 101 12th Avenue   Fairbanks, AK 99701 |
| 879538 | Katz, Sapper & Miller | Department 235   PO Box 7096   Indianapolis, IN 46206–7096 |
| 879541 | MWI Animal Health | File 50838   Los Angeles, CA 90074 |
| 879539 | Michigan State Vet. Diag. Laboratory | 4125 Beaumont Road   Lansing, MI 48910 |
| 879540 | Miravista | 4705 Decatur Blvd   Indianapolis, IN 46241 |
| 879542 | NewLane Finance Corp. | 123 S. Broad Street, 17th Floor   Philadelphia, PA 19109 |
| 879543 | Nextmune US LLC | 2801 South 35th Street   Phoenix, AZ 85034 |
| 879544 | OnDeck | 1400 Broadway   New York, NY 10018 |
| 879545 | Oneplace Capital | 1920 Center Creek Drive   Fairmont, MN 56031 |
| 879546 | Patterson Financial Services | 1031 Mendota Heights Rd   Saint Paul, MN 55120 |
| 879547 | Patterson Veterinary | PO Box 1418   Loveland, CO 80539 |
| 879550 | REX Risk Exchange Insurance Services Inc. | 13810 FNB Pkway   Suite 450   Omaha, NE 68154 |
| 879551 | RJG, PC | 1100 West Barnett Street   Fairbanks, AK 99701 |
| 879548 | Radiation Detection Co. | 3527 Snead Drive   Georgetown, TX 78626 |
| 879549 | Renee Rember DVM c/o ATR Inc. | 1830 2d Avenue   Fairbanks, AK 99701 |
| 879552 | Stearns Bank NA | 500 13th Street   Albany, MN 56307 |
| 879553 | Texas A&M | Financial Management Operations   6000 TAMU   College Station, TX 77843 |
| 879554 | U.S. Small Business Administration | 10737 Gateway West #300   El Paso, TX 79935 |
| 879555 | VSG Veterinary Study Groups | 6455 East Johns Crossing Suite 125   Duluth, GA 30097 |
| 879556 | Zoetis | 10 Sylvan Way   Parsippany, NJ 07054 |

TOTAL: 58