**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ALASKA**
**ANCHORAGE DIVISION**

| | | |
|---|---|---|
| In re: ATR INC. | § § § § | Case No. 24-00058 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Nacole Jipping, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $13,445.32 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,331.12 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $8,525.21 | | |

　　　　3) Total gross receipts of $23,856.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $23,856.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $753,703.30 | $248,191.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,525.21 | $8,525.21 | $8,525.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $152,023.92 | $188,551.68 | $188,551.68 | $15,331.12 |
| **TOTAL DISBURSEMENTS** | $905,727.22 | $445,268.70 | $197,076.89 | $23,856.33 |

4) This case was originally filed under chapter 7 on 04/10/2024.  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2025          By: /s/ Nacole  Jipping, Trustee
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 TOYOTA 4RUNNER - TOTALED | 1129-000 | $23,856.33 |
| TOTAL GROSS RECEIPTS | | $23,856.33 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HIGHLAND CAPITAL CORPORATION | 4210-000 | $88,703.30 | $88,703.50 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, NA | 4210-000 | $137,000.00 | $141,988.31 | $0.00 | $0.00 |
| 11S | NEWLANE FINANCE COMPANY | 4210-000 | $0.00 | $17,500.00 | $0.00 | $0.00 |
| N/F | Bank Midwest | 4210-000 | $0.00 | NA | NA | NA |
| N/F | CHTD Company | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Steams Bank | 4210-000 | $0.00 | NA | NA | NA |
| N/F | U.S. Small Business Administration | 4210-000 | $528,000.00 | NA | NA | NA |
| | TOTAL SECURED | | $753,703.30 | $248,191.81 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Nacole Jipping | 2100-000 | NA | $3,135.63 | $3,135.63 | $3,135.63 |
| Trustee, Expenses - Nacole Jipping | 2200-000 | NA | $157.68 | $157.68 | $157.68 |
| Attorney for Trustee Fees (Other Firm) - WILLIAM D. ARTUS | 3210-000 | NA | $966.00 | $966.00 | $966.00 |
| Attorney for Trustee Expenses (Other Firm) - WILLIAM D. ARTUS | 3220-000 | NA | $245.40 | $245.40 | $245.40 |
| Accountant for Trustee Fees (Other Firm) - BENNINGTON & MOSHOFSKY, P.C. | 3410-000 | NA | $4,013.50 | $4,013.50 | $4,013.50 |
| Other Professional's Expenses - BENNINGTON & MOSHOFSKY, P.C. | 3992-000 | NA | $7.00 | $7.00 | $7.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,525.21 | $8,525.21 | $8,525.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Alaska Department of Revenue | 5800-000 | NA | NA | NA | NA |
| N/F | City of Fairbanks | 5800-000 | NA | NA | NA | NA |
| N/F | Internal Revenue Service | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | KATZ SAPPER & MILLER | 7100-000 | $38,338.88 | $45,890.00 | $45,890.00 | $3,731.32 |
| 4 | CAPITAL ONE N.A. | 7100-000 | $5,084.01 | $4,785.63 | $4,785.63 | $389.12 |
| 5 | IMPRIMED INC. | 7100-000 | $0.00 | $1,847.00 | $1,847.00 | $150.18 |
| 6 | ENTECH | 7100-000 | $0.00 | $697.92 | $697.92 | $56.75 |
| 7 | PATTERSON VETERINARY SUPPLY INC. | 7100-000 | $0.00 | $2,828.35 | $2,828.35 | $229.97 |
| 8 | PATTERSON VETERINARY SUPPLY INC. | 7100-000 | $0.00 | $64.99 | $64.99 | $5.28 |
| 9 | NEXTMUNE US, LLC | 7100-000 | $8,976.00 | $2,029.00 | $2,029.00 | $164.98 |
| 10 | INTERIOR ALASKA NATURAL GAS UTILITY | 7100-000 | $0.00 | $1,556.30 | $1,556.30 | $126.54 |
| 11U | NEWLANE FINANCE COMPANY | 7100-000 | $0.00 | $19,540.60 | $19,540.60 | $1,588.84 |
| 12 | ODK CAPITAL, LLC | 7100-000 | $0.00 | $52,612.96 | $52,612.96 | $4,277.96 |
| 13 | MWI VETERINARY SUPPLY CO. | 7100-000 | $0.00 | $56,698.93 | $56,698.93 | $4,610.18 |
| N/F | Airgas USA LLC | 7100-000 | $2,346.00 | NA | NA | NA |
| N/F | Alaska Petroleum Distributing LLC | 7100-000 | $601.24 | NA | NA | NA |
| N/F | Alaska Waste | 7100-000 | $905.79 | NA | NA | NA |
| N/F | Antech Diagnostics | 7100-000 | $7,703.84 | NA | NA | NA |
| N/F | Antech Imaging | 7100-000 | $10,760.17 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Arctic Office Products | 7100-000 | $56.88 | NA | NA | NA |
| N/F | Associated Industries Management Services | 7100-000 | $9,398.59 | NA | NA | NA |
| N/F | Avian & Exotic Animal Clin Path Labs | 7100-000 | $198.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $2,173.64 | NA | NA | NA |
| N/F | Bell Development | 7100-000 | NA | NA | NA | NA |
| N/F | Boehringer Ingelheim Animal Health USA, Inc. | 7100-000 | $10,534.24 | NA | NA | NA |
| N/F | Country Financial | 7100-000 | NA | NA | NA | NA |
| N/F | Covetrus | 7100-000 | NA | NA | NA | NA |
| N/F | DVM Stat Consulting | 7100-000 | $1,258.00 | NA | NA | NA |
| N/F | Elanco | 7100-000 | $2,524.65 | NA | NA | NA |
| N/F | Fairbanks Memorial Hospital | 7100-000 | NA | NA | NA | NA |
| N/F | Fairbanks Pet Memorial Services | 7100-000 | $8,991.00 | NA | NA | NA |
| N/F | GCI | 7100-000 | $2,279.96 | NA | NA | NA |
| N/F | Genius Vets | 7100-000 | $8,976.00 | NA | NA | NA |
| N/F | Golden Heart Utilities | 7100-000 | NA | NA | NA | NA |
| N/F | Golden Valley Electric Association, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Great American Financial Services | 7100-000 | NA | NA | NA | NA |
| N/F | Heska Corporation | 7100-000 | $547.20 | NA | NA | NA |
| N/F | IGU | 7100-000 | $828.57 | NA | NA | NA |
| N/F | Michigan State Vet. Diag. Laboratory | 7100-000 | $1,217.50 | NA | NA | NA |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Miravista | 7100-000 | NA | NA | NA | NA |
| N/F | Oneplace Capital | 7100-000 | $27,153.16 | NA | NA | NA |
| N/F | REX Risk Exchange Insurance Services | 7100-000 | $583.00 | NA | NA | NA |
| N/F | RJG, PC | 7100-000 | $313.60 | NA | NA | NA |
| N/F | Radiation Detection Co. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Texas A & M | 7100-000 | $274.00 | NA | NA | NA |
| N/F | VSG Veterinary Study Groups | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Zoetis | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$152,023.92** | **$188,551.68** | **$188,551.68** | **$15,331.12** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.:  24-00058
Case Name:  ATR INC.

For Period Ending:  08/26/2025

Trustee Name:  (230030) Nacole Jipping
Date Filed (f) or Converted (c):  04/10/2024 (f)
§ 341(a) Meeting Date:  05/16/2024
Claims Bar Date:  09/23/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | NORTHRIM BANK - CHECKING #6424 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | NORTHRIM BANK - CHECKING #6933 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | NORTHRIM BANK - CHECKING #9989 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | NORTHRIM BANK - CHECKING #3695 | 2,414.61 | 0.00 | | 0.00 | FA |
| 5 | NORTHRIM BANK - CHECKING #1658 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | NORTHRIM BANK - CHECKING #4357 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE<br>NOT COLLECTIBLE | 11,030.71 | 0.00 | | 0.00 | FA |
| 8 | INVENTORY & SUPPLIES<br>ORDER ABANDONING (DE 33) | Unknown | 0.00 | OA | 0.00 | FA |
| 9 | OFFICE EQUIPMENT<br>ORDER ABANDONING (DE 33) | Unknown | 0.00 | OA | 0.00 | FA |
| 10 | 2015 TOYOTA 4RUNNER - TOTALED | Unknown | 0.00 | | 23,856.33 | FA |
| 11 | MEDICAL EQUIPMENT<br>ORDER ABANDONING (DE 33) | Unknown | 0.00 | OA | 0.00 | FA |
| 12 | OFFICE LEASE - 1830 2ND AVE, FAIRBANKS, AK<br>ORDER ABANDONING (DE 33) | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | CUSTOMER LISTS | Unknown | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals (Excluding unknown values)** | **$13,445.32** | **$0.00** | | **$23,856.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  06/15/2025           **Current Projected Date Of Final Report (TFR):**  03/02/2025 (Actual)

08/26/2025
Date

/s/Nacole Jipping
Nacole Jipping

UST Form 101-7-TDR ( 10 /1/2010)

Form 2 — Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 24-00058 | | Trustee Name: | Nacole Jipping (230030) |
|---|---|---|---|---|
| Case Name: | ATR INC. | | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6059 | | Account #: | ******8217 Checking |
| For Period Ending: | 08/26/2025 | | Blanket Bond (per case limit): | $62,806,212.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/24 | {10} | NORTHRIM BANK | INSURANCE PROCEEDS FROM TOTALED VEHICLE | 1129-000 | 23,856.33 | | 23,856.33 |
| 10/24/24 | 101 | WILLIAM D. ARTUS | ATTY FEES & EXPENSES (PER DE 45) | | | 1,211.40 | 22,644.93 |
| | | WILLIAM D. ARTUS | ATTORNEY FEES $966.00 | 3210-000 | | | |
| | | WILLIAM D. ARTUS | ATTORNEY EXPENSES $245.40 | 3220-000 | | | |
| 05/19/25 | 102 | Nacole Jipping | Combined trustee compensation & expense dividend payments. | | | 3,293.31 | 19,351.62 |
| | | Nacole Jipping | Claims Distribution - Sun, 03-02-2025 $3,135.63 | 2100-000 | | | |
| | | Nacole Jipping | Claims Distribution - Sun, 03-02-2025 $157.68 | 2200-000 | | | |
| 05/19/25 | 103 | BENNINGTON & MOSHOFSKY, P.C. | Combined dividend payments for Claim #, | | | 4,020.50 | 15,331.12 |
| | | BENNINGTON & MOSHOFSKY, P.C. | Claims Distribution - Sun, 03-02-2025 $4,013.50 | 3410-000 | | | |
| | | BENNINGTON & MOSHOFSKY, P.C. | Claims Distribution - Sun, 03-02-2025 $7.00 | 3992-000 | | | |
| 05/19/25 | 104 | KATZ SAPPER & MILLER | Distribution payment - Dividend paid at 8.13% of $45,890.00; Claim # 3; Filed: $45,890.00 | 7100-000 | | 3,731.32 | 11,599.80 |
| 05/19/25 | 105 | CAPITAL ONE N.A. | Distribution payment - Dividend paid at 8.13% of $4,785.63; Claim # 4; Filed: $4,785.63 | 7100-000 | | 389.12 | 11,210.68 |
| 05/19/25 | 106 | IMPRIMED INC. | Distribution payment - Dividend paid at 8.13% of $1,847.00; Claim # 5; Filed: $1,847.00 | 7100-000 | | 150.18 | 11,060.50 |
| 05/19/25 | 107 | ENTECH | Distribution payment - Dividend paid at 8.13% of $697.92; Claim # 6; Filed: $697.92 | 7100-000 | | 56.75 | 11,003.75 |
| 05/19/25 | 108 | PATTERSON VETERINARY SUPPLY INC. | Combined dividend payments for Claim #7, 8 | | | 235.25 | 10,768.50 |
| | | PATTERSON VETERINARY SUPPLY INC. | Claims Distribution - Sun, 03-02-2025 $229.97 | 7100-000 | | | |
| | | PATTERSON VETERINARY SUPPLY INC. | Claims Distribution - Sun, 03-02-2025 $5.28 | 7100-000 | | | |
| 05/19/25 | 109 | NEXTMUNE US, LLC | Distribution payment - Dividend paid at 8.13% of $2,029.00; Claim # 9; Filed: $2,029.00 | 7100-000 | | 164.98 | 10,603.52 |
| 05/19/25 | 110 | INTERIOR ALASKA NATURAL GAS UTILITY | Distribution payment - Dividend paid at 8.13% of $1,556.30; Claim # 10; Filed: $1,556.30 | 7100-000 | | 126.54 | 10,476.98 |
| 05/19/25 | 111 | NEWLANE FINANCE COMPANY | Distribution payment - Dividend paid at 8.13% of $19,540.60; Claim # 11U; Filed: $19,540.60 | 7100-000 | | 1,588.84 | 8,888.14 |

Page Subtotals: $23,856.33   $14,968.19

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 24-00058 | Trustee Name: | Nacole Jipping (230030) |
|---|---|---|---|
| Case Name: | ATR INC. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***6059 | Account #: | ******8217 Checking |
| For Period Ending: | 08/26/2025 | Blanket Bond (per case limit): | $62,806,212.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/19/25 | 112 | ODK CAPITAL, LLC | Distribution payment - Dividend paid at 8.13% of $52,612.96; Claim # 12; Filed: $52,612.96 | 7100-000 | | 4,277.96 | 4,610.18 |
| 05/19/25 | 113 | MWI VETERINARY SUPPLY CO. | Distribution payment - Dividend paid at 8.13% of $56,698.93; Claim # 13; Filed: $56,698.93 | 7100-000 | | 4,610.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 23,856.33 | 23,856.33 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 23,856.33 | 23,856.33 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $23,856.33 | $23,856.33 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

**Cash Receipts And Disbursements Record**

Page: 3

| | |
|---|---|
| **Case No.:** 24-00058 | **Trustee Name:** Nacole Jipping (230030) |
| **Case Name:** ATR INC. | **Bank Name:** TriState Capital Bank |
| **Taxpayer ID #:** **-***6059 | **Account #:** ******8217 Checking |
| **For Period Ending:** 08/26/2025 | **Blanket Bond (per case limit):** $62,806,212.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8217 Checking | $23,856.33 | $23,856.33 | $0.00 |
| | $23,856.33 | $23,856.33 | $0.00 |

08/26/2025
Date

/s/Nacole Jipping
Nacole Jipping